UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL DAVID JENKINS,**

      **Plaintiff,**

**v.**                                             **Case No:  6:14-cv-377-Orl-41DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1), filed on March 7, 2014. Therein, Plaintiff seeks judicial review, under 42 U.S.C. § 405(g), of a final decision by the Commissioner of the Social Security Administration denying Plaintiff's claim for Disability Insurance Benefits. On December 22, 2014, United States Magistrate Judge David A. Baker submitted a Report and Recommendation (Doc. 20), which recommends that the Commissioner's decision be affirmed.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 20), filed on December 22, 2014, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **AFFIRMED**. The Clerk is directed to enter judgment accordingly.

3. Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 30, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record